IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT,
IN AND FOR PINELLAS COUNTY, FLORIDA, CIVIL DIVISION

EVELYN B. VANDENBRINK,

Plaintiff,

-vs-

CASE NO.:

JEREMY JOSEPH VONESCHEN,

Defendant.
_____/

## COMPLAINT

**COMES NOW** the Plaintiff, Evelyn B. Vandenbrink, by and through her undersigned attorneys, and sues the Defendant, Jeremy Joseph Voneschen and alleges:

1. This is an action for damages that exceed Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorney's fees.

2. That at all times material hereto Plaintiff, Evelyn B. Vandenbrink was a natural person residing in Pinellas County, Florida.

3. That at all times material hereto Defendant, Jeremy Joseph Voneschen was a natural person residing in Pinellas County, Florida.

4. On or about April 8, 2010, Plaintiff operated a motor vehicle at or near the intersection of Highland and Belcher Road, Dunedin, Pinellas County, FL.

5. On or about April 8, 2010, Defendant, Jeremy Joseph Voneschen, owned and operated a motor vehicle that was operated at or near the intersection of Highland and Belcher Road, Dunedin, Pinellas County, FL.

**EXHIBIT "A"**

6. At said time and place Defendant, Jeremy Joseph Voneschen, negligently operated or maintained the motor vehicle so that it collided with Plaintiff, Evelyn B. Vandenbrink's, motor vehicle.

7. As a direct and proximate result of the Defendant, Jeremy Joseph Voneschen's negligence, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation and/or activation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff's automobile was damaged and he lost the use of it during the period required for its repair or replacement.

WHEREFORE the Plaintiff, Evelyn B. Vandenbrink, demands judgment for damages, costs, prejudgment interest, and any other relief this Court deems appropriate against the Defendant, Jeremy Joseph Voneschen. Plaintiff also demands a jury trial on all issues so triable.

DATED this ____ day of February, 2011.

Joseph R. Bryant, Esquire
Morgan & Morgan, P.A.
695 Central Avenue, Suite 150J
St. Petersburg, FL 33701
Tele: (727) 490-2001
Fax: (727) 490-2015
Florida Bar #: 561444
Attorney for Plaintiff

/sa

CIRCUIT COURT, PINELLAS COUNTY, FLORIDA

CIVIL DIVISION

CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form shall be filed by the plaintiff or petitioner for the use of the Clerk of court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075. (See instructions for completion.)

## I. CASE STYLE:

EVELYN B. VANDENBRINK,

Plaintiff,

-vs-

CASE NO.:

11-1707-CI-13

JEREMY JOSEPH VONESCHEN,

Defendant.

_____/

## II. TYPE OF CASE

(If the case fits more than one type of case, select the most definitive category.)
If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ Condominium

☐ Contracts and indebtedness

☐ Eminent domain

☒ Auto negligence

☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential

☐ Products liability

☐ Real property/Mortgage foreclosure
    ☐ Commercial foreclosure $0 - $50,000
    ☐ Commercial foreclosure $50,001 - $249,999
    ☐ Commercial foreclosure $250,000 or more

    ☐ Homestead residential foreclosure $0 - $50,000
    ☐ Homestead residential foreclosure $50,001 - $249,999
    ☐ Homestead residential foreclosure $250,000 or more

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional

☐ Other _____
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
        ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

☐ Non-homestead residential foreclosure $0 - $50,000
☐ Non-homestead residential foreclosure $50,001 - $249,999
☐ Non-homestead residential foreclosure $250,000 or more

☐ Other real property actions $0 - $50,000
☐ Other real property actions $50,001 - $249,999
☐ Other real property actions $250,000 or more

**III. REMEDIES SOUGHT** (check all that apply):
X Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**IV. NUMBER OF CAUSES OF ACTION:** [ 1 ]
(specify) __N/A__

**V. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
X no

**VI. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
X no
☐ yes If "yes," list all related cases by name, case number, and court.

**VII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
X yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____        Fla. Bar # 561444
              Attorney or party                                (Bar # if attorney)

    Joseph R. Bryant                                    2/24/11
    (Type or print name)                                  Date